**United States Bankruptcy Court**
**District of New Jersey**

In re  Farm-Rite, LLC                                                                   Case No.
                                    Debtor(s)                                            Chapter  11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Donald C. Strang**, declare under penalty of perjury that I am the **President** of **Farm-Rite, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 7 day of July, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Donald C. Strang, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Donald C. Strang, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Donald C. Strang, President** of this Corporation is authorized and directed to employ **Arthur J. Abramowitz**, attorney and the law firm of **Sherman Silverstein Kohl Rose & Podolsky** to represent the corporation in such bankruptcy case."

Date  8/7/20                                             Signed  _____
                                                                           Donald C. Strang

Resolution of Board of Directors
of
Farm-Rite, LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Donald C. Strang, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Donald C. Strang, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Donald C. Strang, President of this Corporation is authorized and directed to employ Arthur J. Abramowitz, attorney and the law firm of Sherman Silverstein Kohl Rose & Podolsky to represent the corporation in such bankruptcy case.

Date  8/7/20                    Signed X _____

Date  _____    Signed _____