UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**ARTHUR J. ABRAMOWITZ (AA3724)**<br>**SHERMAN, SILVERSTEIN, KOHL, ROSE &**<br>**PODOLSKY, P.A.**<br>308 Harper Drive<br>Suite 200<br>Moorestown, New Jersey 08057<br>(856) 662-0700<br>Proposed Attorneys for the Debtor | |
| In re:<br><br>Farm-Rite. Inc.<br><br>        Debtor. | Case No. 20-19379<br><br>Judge:<br><br>Chapter: 11 |

### NOTICE OF DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)(2) AND SCHEDULING A FINAL HEARING

TO:   ALL PARTIES ON SERVICE LIST

PLEASE TAKE NOTICE that Farm-Rite, Inc.("Debtor"), by and through its proposed counsel, Sherman Silverstein Kohl Rose & Podolsky has filed motion papers with the Court for an Order authorizing the Debtor to use cash collateral and scheduling a final hearing (the "Motion"). **Your rights might be affected. You should read these papers carefully and discuss them with your attorney, if you have one, in the bankruptcy case (if you do not have any attorney, you may wish to consult one)**

In support of the Motion, the Debtor shall rely upon the accompanying Certification of Donald C. Strang, President of the Debtor. A Certificate of Service and a proposed form of Order are also submitted.

If you do not want the Court to enter an Order granting the relief requested in the Motion, or

2483292.1

if you want the Court to consider your views on the Motion, then on or before August ___, 2020, you or your attorney must file with the Court a written request for a hearing or response or answer explaining your position with the:

Clerk, United States Bankruptcy Court
U.S. Courthouse
401 Market Street
Camden, NJ 08101

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to: Arthur J. Abramowitz Esquire Proposed Counsel for the Debtor, at Sherman Silverstein Kohl Rose & Podolsky, 308 Harper Drive, Moorestown, New Jersey, 08057 as well as to all parties on the attached Service List.

**You must attend the hearing scheduled to be held_____, 2019 at_ _.m. before The Honorable_____in the United States Bankruptcy Court, 401 Market Street, Camden, NJ 08101.**

If you do not take these steps, the Court may determine that you do not oppose the relief sought in the Motion and may enter an Order granting the relief sought in the Motion.

**Statement that no brief is required.** The movant certifies pursuant to D.N.J.LBR 9013-2 that the within Motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

Sherman Silverstein Kohl Rose & Podilsky

By:   /s/Arthur J. Abramowitz

Dated: August ___, 2020       Arthur J. Abramowitz, ESQUIRE
                              308 Harper Drive
                              Moorestown, NJ 08057

2483292.1