| Name | Amount | Email | Address |
|---|---|---|---|
| Donald C Strang | $521,752.00 | dc.strang@farm-rite.com | 1155 sassafrass shore rd, pittsgrove nj  08318 |
| Chambers American Products ????? | $322,520.63 | capmowers@highland.net | 2576 DITNEY TRAIL, PIONEER TN  37847 |
| Patricia Omura | $265,000.00 | | 15 laura lane, pittsgrove nj  08318 |
| Cynthia Strang | $260,000.00 | castrang@comcast.net | 520 north main street, elmer nj  08318 |
| Heritage Hill Estates | $226,924.00 | frankcarpino@comcast.net | 3730 SOUTH DELSEA DRIVE, VINELAND NJ  08360 |
| Kim Hitchner | $155,000.00 | | 380 JEFFERSON ROAD, ELMER NJ  08318 |
| Debra Martin | $140,000.00 | fudd99_1999@yahoo.com | 112 smortz lane, glassboro nj  08028 |
| Judy Omura | $133,024.00 | | 15 laura lane, pittsgrove nj  08318 |
| P3853 - 3853 LLC | $127,409.00 | jbtintle@gmail.com | PO BOX 840, EAST QUOGUE NY  11942 |
| Robert Mayhew | $109,976.00 | | 813 COLUMBIA HIGHWAY, BRIDGETON NJ  08302 |
| Rodio Properties | $100,000.00 | butchrodio@rodiotractor.com | 2836 BAY AVE, OCEAN CITY NJ  08226 |
| CDL Realty | $75,000.00 | cdlreality@verizon.net | 450 NORTH LAUREL STREET, BRIDGETON NJ  08302 |
| Kennedy Concrete | $67,500.00 | sales@kennedyconcretenj.com | 1969-83 S EAST AVE, VINELAND NJ  08360 |
| Selective Insurance | $60,000.00 | Cust.Relations@selective.com | BOX 371468, PITTSBURGH PA  15250 |
| Montage Enterprises | $55,000.00 | nan@montageent.com | PO BOX 631, BLAIRSTOWN NJ  07825 |
| Horizon Blue Cross Blue Shield | $51,637.39 | Jacqueline_Mejia@horizonblue.com | PO BOX 10130, NEWARK NJ  07101 |
| Roger Theberge | $50,000.00 | rtheberge@farm-rite.com | 3853 middle country road, calverton ny  11933 |
| Diamond Mowers | $45,826.82 | info@diamondmowers.com | PO BOX 85030, SOOUX FALLS SD 57118 |
| KPM Exceptional LLC | $44,224.44 | accounting@kpmedi.com | ONE EXCEPTIONAL WAY, LANDING NJ  07850 |
| Maschio-Gaspardo Norht America | $35,588.87 | info@maschio.com | 112 3RD AVE EAST, DEWITT IA  52742 |
| PLE015 - LEPCO | $33,971.60 | dkauffman@lepco.com | PO BOX 8290, LANCASTER PA  17604 |
| PJO012 - JOHN DEERE FINANCIAL | $29,199.37 | jdfcustomerservice@johndeere.com | PO BOX 4450, CAROL STREAM IL  60197 |
| PXC001 - XCAD USA VALVE & IRRIGA | $29,120.48 | xcad@pmt.org | PO BOX 578, PAUL ID  83347 |
| BDI MACHINER - BDI MACHINERY | $20,872.94 | buydirect@bdimachinery.net | 52 RACE STREET, MACUNGIE PA  18062 |
| PCA017 - Case IH - Credit Credit Card | $19,223.17 | nacustomerserviceaccount@cnhind.com | 1820 e sky harbor circle s, ste 150, phoenix az  85034 |