| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **ARTHUR J. ABR.AMOWITZ (AA3724)**<br>**SHERMAN, SILVERSTEIN, KOHL, ROSE &**<br>**PODOLSKY, P.A.**<br>308 Harper Drive<br>Suite 200<br>Moorestown, New Jersey 08057<br>(856) 662-0700<br>Proposed Attorneys for the Debtor | Order Filed on August 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Fann-Rite. Inc.<br><br>     Debtor. | CaseNo. 20-19379-JNP<br><br>Judge:<br><br>Chapter: 11 |

## FIRST INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

The relief set forth on the following page, numbered (2) through (8), is hereby

**ORDERED.**

**DATED: August 10, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Pagel 2
Farm Rite, Inc.
Case No.
Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Scheduling a
<u>Final Hearing</u>

      This matter having come before the Court upon the Motion of Farm-Rite, Inc., ("Debtor") for the entry of an Order for authority to use cash collateral pursuant to Bankruptcy Rule 4001(b) and 11 U.S.C. § 363(c)(2)(B) (the "Motion"); and it appearing that the Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion is in the best interests of Debtor, its estate, and its creditors; and it appearing that adequate notice has been given and that no other or further notice is required; and upon the record herein following an initial hearing; and after due deliberation thereon, and good and sufficient cause appearing for the entry of the within Order, it is hereby found:

    1.    <u>Notice and Hearing.</u> Notice of the Motion pursuant to D.N.J. LBR 9013 and Fed. R. Bankr. P. 9006(b) for the hearing on Debtor's use of cash collateral has been served in accordance with 11 U.S.C. § 102(1) and Fed. R. Bankr. P. 4001(b), which notice is appropriate in the particular circumstances and is sufficient for all purposes under the Bankruptcy Code and the applicable Bankruptcy Rules with respect to the relief requested.

    2.    <u>Chapter 11 Filed.</u> Debtor filed its petition under Chapter 11 of the Bankruptcy Code on August 7, 2020 (the "Petition Date") and is presently operating as a debtor-in-possession in accordance with 11 U.S.C. §§ 1107(a) and 1108.

    3.    Farm Credit Ease, ACA ("Farm Credit") has, and Debtor has acknowledged and agreed that Farm Credit has asserted that, as of the Petition Date, it has

Pagel **3**
Farm-Rite
Case No.
Order Authorizing Use of Cash Collateral Pursuant to **11** U.S.C. § 363(c)(2) and Scheduling a
<u>Final Hearing</u>

mortgages and a valid, perfected and secured lien and security interest in the collateral from the Farm-Rite securing Debtor's indebtedness in the approximate amount of $4,618,935.39 as of July 20, 2020. [1] as well as accrued interest, fees and costs, which indebtedness is not subject to defense, offset or counterclaim of any kind or nature and that said debt is an allowed, fully secured claim in an amount to be subsequently determined by Order of this Court under Sections 506(a) and 502 of the Bankruptcy Code. Said determination shall be binding on the Debtor-in-Possession. An Official Committee of Unsecured Creditors (the "Committee"), if one is appointed under § 1102 of the Bankruptcy Code, shall have 60 days (or such longer period as the Committee may obtain for cause shown before the expiration of such period) from the date of the order approving the appointment of counsel to the Committee to investigate the facts and bring any appropriate proceedings as representative of the estate; or if no Committee is appointed, any party in interest shall have 75 days (or a longer period for cause shown before the expiration of such period) from the entry of the final cash collateral order to investigate the facts and file a motion seeking authority to bring any appropriate proceedings as representative of the estate.

    4.    <u>Cash Collateral.</u> "Cash Collateral" is defined by **11** U.S.C. § 363(a) and includes cash, negotiable instruments, deposit accounts and or other cash equivalents, as more particularly defined in said subsection of the Bankruptcy Code, as well as post-petition accounts and "proceeds", as that term is described in UCC Section 9-306.

---

[1] This total was alleged as the "Total" owed in Farm Credit's Verified Complaint filed in state court, Docket No. 266-20 (Superior Court, Law Division Cumberland County).

Pagel **4**
Farm-Rite
Case No
Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Scheduling a <u>Final Hearing</u>

  5. <u>Necessity and Best Interest.</u> Debtor does not have sufficient unencumbered cash or other assets with which to continue to operate in Chapter 11. Debtor requires immediate authority to use cash collateral as defined herein in order to continue its business operations without interruption and to facilitate formulating an effective plan of reorganization. Debtor's use of cash collateral to the extent and on the terms and conditions set forth herein is necessary to avoid immediate and irreparable harm to the estate pending a final hearing on use of cash collateral. The amount of cash collateral authorized to be used pending a final hearing or entry of a final order is not to exceed the amounts set forth in Debtor's Budget annexed to the Motion as Exhibit "A" through the date of the final hearing scheduled herein, with a twenty percent (20%) cushion allowed to Debtor over and above such budgeted amounts.

  6. <u>Purposes.</u> Debtor is authorized to use cash collateral to meet its ordinary cash needs (and for such other purposes as may be approved in writing by Farm Credit for the payment of Debtor's actual expenses necessary to (a) maintain and preserve its assets, and (b) continue operation of its business, including payroll and payroll taxes, insurance expenses and monthly payments to Bank as required under the promissory note and as reflected in the Cash Collateral Budget, as well as statutory fees pursuant to 28 U.S.C. §1930(a)(6).

Page| 5
Farm-Rite
Case No
Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Scheduling a
<u>Final Hearing</u>

The Court having determined there is a reasonable likelihood that Debtor will prevail

Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Scheduling a

<u>Final Hearing</u> upon the merits at the final hearing of the Motion as required by 11 U.S.C. § 363(c)(3), and for good cause shown,

　　IT IS **ORDERED AND ADJUDGED** as follows:

　　1.　　<u>Use of Cash Collateral.</u> Debtor is authorized to continue to use cash collateral pursuant to its Budget annexed to the Motion and incorporated herein as Exhibit "A," to the Petition Date, with a twenty percent (20%) cushion allowed to Debtor over and above said amount, through November 9, 2020, for the following purposes (to the extent applicable):

　　　　a.　　to maintain and preserve its assets;

　　　　b.　　to continue operation of its business, including but not limited to payroll, payroll taxes, employee expenses, insurance costs, any quarterly fees owed to the U.S. Trustee;

　　　　c.　　to purchase replacement supplies, etc. as required to operate; and

　　　　d.　　to pay any/all statutory quarterly fees to the Office of the United States Trustee as they become due and payable.

　　2.　　**CNH Industrial America LLC and CNH Industrial Capital America LLC Collateral.**  The Debtor agrees to segregate and not sell any parts that are the collateral of CNH Industrial Capital America, LLC.  This restriction does not apply to any parts that were acquired from third parties.

　　3.　　<u>Adequate Protection.</u> As adequate protection for use of the cash collateral, Farm Credit is GRANTED:

　　　　a.　　<u>Replacement Lien.</u> A replacement perfected security interest under 11

Case 20-19379-JNP    Doc 18    Filed 08/10/20    Entered 08/10/20 15:18:38    Desc Main
Document    Page 6 of 16

Page| **6**
Farm-Rite
Case No
Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Scheduling a
<u>Final Hearing</u>

U.S.C. § 361(2) to the extent that Farm Credit's cash collateral lien is validated

pursuant to further proceedings and is used by Debtor, to the extent and with the same priority in

all of Debtor's post-petition collateral, and proceeds thereof, that Farm Credit held in Debtor's

pre-petition property, subject to payments due under 28 U.S.C. § 1930(a)(6). The replacement

lien granted in this Order shall be deemed automatically valid and perfected without any

further notice or act by any party.

      b.     <u>**Statutory Rights Under Section 507(b)**</u>. To the extent the adequate

protection provided for hereby proves insufficient to protect Farm Credit's interest in and to the

cash collateral as set forth in the Motion, Farm Credit shall have a super priority administrative

expense claim, pursuant to 11 U.S.C. § 507(b), senior to any and all claims against Debtor

under 11 U.S.C. § 507(a), whether in this proceeding or in any superseding proceeding, subject

to payments due under 28 U.S.C. § 1930(a)(6). Excluded from this super-priority administrative

claim are any causes of action arising under Chapter 5 of the Bankruptcy Code.

      c.     **Production of Financial Information**.  Within seven (7) days of the entry

of this Order, the Debtor shall produce the following documents to Farm Credit: (i) inventory

report as of the Petition Date, and (ii) accounts receivable report and accounts receivable aging as

of the Petition Date.  Within ten (10) days of the entry of this Order, the Debtor shall produce the

following documents to Farm Credit (iii) unadjusted year end 2019 profit and loss statement and

balance sheet; and (iv) unadjusted year to date profit and loss statement.

      d.     **Inspections**.  Upon request of Farm Credit to access its pre-petition

collateral or post-petition collateral, not less than five (5) business days in advance to the Debtor,

Pagel **7**
Farm-Rite
Case No
Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Scheduling a <u>Final Hearing</u>

the Debtor shall grant access, during normal business hours, to the Debtor's collateral to enable Farm Credit or its agents to inspect and evaluate.

      e.    <u>Periodic Accounting.</u> The Debtor and Farm Credit shall negotiate in good faith to agree upon post-petition financial reporting. If the parties cannot agree to reporting requirements, the Court shall conduct a conference call on August 17, 2020, at 10:00 am.. In addition, Debtor shall provide Farm Credit all other reports required by the pre-petition loan documents and any other reports reasonably required by Farm Credit, as well as copies of Debtor's monthly United States Trustee Operating Reports. Upon appointment of a Creditor's Committee (if so appointed), Debtor shall submit a copy of the monthly U.S. Trustee Operating Reports to counsel to said Committee if counsel has been appointed, and until counsel is retained, to the Chairman of said Committee.

      f,    Default Hearing. In the event Debtor defaults or violates this Order, Farm Credit is entitled to request a hearing within fourteen (14) days (or if immediate and irreparable

Page17
Farm-Rite
Case No
Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Scheduling a
<u>Final Hearing</u>

injury, loss or damage may occur, an emergency hearing within 48 hours)

    4.    <u>Interlocutory Order and No Modification of Creditor's Adequate Protection.</u> This is an interlocutory order. Nothing contained herein shall be deemed or construed to (a) limit Farm Credit to the relief granted herein; (b) bar Farm Credit from seeking other and further relief (including without limitation relief from the terms of this Order) for cause shown on appropriate notice to Debtor and other parties-in-interest entitled to notice of same; or (c) require Farm Credit to make any further loans or advances to Debtor. This Order may be modified for cause shown by Debtor, Farm Credit or any other party-in-interest on due notice. No such modification, however, shall deprive Farm Credit of its interest in Debtor's property (pre-petition and post-petition).

    5.    This Order shall not be deemed a ruling on Farm Credit's Answer/Opposition to Debtor's Motion (if any) to the extent said opposition asserts that the Debtor's revenues are not property of the Debtor's estate and, as such, do not constitute cash collateral. Farm Credits right to assert this argument is specifically preserved and may be asserted at the time of the Final Hearing on the Motion as set forth in paragraph 6 herein below.

## **FINAL HEARING ORDER**

    6.    Any creditor or other interested party having any objection to this First Interim Order shall file with the Clerk of this Court and serve upon Debtor's counsel on or before the __24th__ day of __August__ 2020 a written objection, and shall appear to prosecute said

Pagel **8**
Fann Rite, Inc.
Case No.
Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Scheduling a
<u>Final Hearing</u>

objection at a Final Hearing to be held on the ___31st___ day of _August_ 20XX in Courtroom #4C of the United States Bankruptcy Court, Camden, New Jersey. In the event no objections are filed or are not advanced at such hearing, then this Order shall continue in full force and effect and shall be deemed a Final Order without further notice or hearing in accordance with Fed. R. Bankr. P. 400l(d)(3).

## **NOTICE OF ORDER**

7.  Debtor shall serve a copy of this Order and Notice by first class mail within two (2) business days from the date hereof, on (i) the Office of the United States Trustee; and (ii) Farm Credit and/or counsel for Farm Credit. Debtor shall promptly file with the Clerk a Certificate of Service of said mailing.

2483401.5

# EXHIBIT "A"

| | | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | |
| Case IH Equipment Sales | 32010 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Kubota AG Equipment Sales | 32020 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Oxbo Equipment Sales | 32070 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other AG Equipment Sales | 32090 | $ 31,250 | $ 31,250 | $ 31,250 | $ 31,250 | $ 16,809 | $ 16,809 | $ 16,809 | $ 16,809 | $ 23,513 | $ 23,513 | $ 23,513 | $ 23,513 | $ 286,286 |
| JCB Equipment Sales | 32210 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Kubota CE Equipment Sales | 32220 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other CE Equipment Sales | 32290 | $ 3,750 | $ 3,750 | $ 3,750 | $ 3,750 | $ 3,750 | $ 3,750 | $ 3,750 | $ 3,750 | $ 3,750 | $ 3,750 | $ 3,750 | $ 3,750 | $ 45,000 |
| Bauer Equipment Sales | 32410 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Valley Equipment Sales | 32420 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other IRR Equipment Sales | 32490 | $ - | $ - | $ - | $ - | $ 6,352 | $ 6,352 | $ 6,352 | $ 6,352 | $ 12,231 | $ 12,231 | $ 12,231 | $ 12,231 | $ 74,334 |
| Precision Equipment Sales | 32610 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| C&CE Equipment Sales | 32810 | $ 18,171 | $ 18,171 | $ 18,171 | $ 18,171 | $ 14,514 | $ 14,514 | $ 14,514 | $ 14,514 | $ 21,986 | $ 21,986 | $ 21,986 | $ 21,986 | $ 218,685 |
| Other Misc Equipment Sales | 32910 | $ 1,595 | $ 1,595 | $ 1,595 | $ 1,595 | $ 682 | $ 682 | $ 682 | $ 682 | $ 100 | $ 100 | $ 100 | $ 100 | $ 9,505 |
| Used AG Equipment Sales | 33010 | $ 8,559 | $ 8,559 | $ 8,559 | $ 8,559 | $ 7,856 | $ 7,856 | $ 7,856 | $ 7,856 | $ 8,612 | $ 8,612 | $ 8,612 | $ 8,612 | $ 100,110 |
| Used CE Equipment Sales | 33020 | $ 4,469 | $ 4,469 | $ 4,469 | $ 4,469 | $ 6,109 | $ 6,109 | $ 6,109 | $ 6,109 | $ 8,015 | $ 8,015 | $ 8,015 | $ 8,015 | $ 74,374 |
| Used IRR Equipment Sales | 33030 | $ 313 | $ 313 | $ 313 | $ 313 | $ 681 | $ 681 | $ 681 | $ 681 | $ 1,581 | $ 1,581 | $ 1,581 | $ 1,581 | $ 10,299 |
| Used Precision Equipment Sales | 33040 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Used C&CE Equipment Sales | 33050 | $ 566 | $ 566 | $ 566 | $ 566 | $ 686 | $ 686 | $ 686 | $ 686 | $ 2,718 | $ 2,718 | $ 2,718 | $ 2,718 | $ 15,885 |
| Equipment Sales Commission | 33600 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| RFS Equipment Sales | 34000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Case IH Parts Sales - Counter | 35010 | $ 6,681 | $ 6,681 | $ 6,681 | $ 6,681 | $ 6,199 | $ 6,199 | $ 6,199 | $ 6,199 | $ 7,717 | $ 7,717 | $ 7,717 | $ 7,717 | $ 82,383 |
| Case IH Parts Sales - Service | 35011 | $ 3,411 | $ 3,411 | $ 3,411 | $ 3,411 | $ 1,939 | $ 1,939 | $ 1,939 | $ 1,939 | $ 2,264 | $ 2,264 | $ 2,264 | $ 2,264 | $ 30,454 |
| Case IH Parts Sales - Internal | 35012 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Case IH Parts Sales - Warranty | 35013 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| DO NOT USE: Case IH Parts - Discounts | 35014 | $ (221) | $ (221) | $ (221) | $ (221) | $ (66) | $ (66) | $ (66) | $ (66) | $ (58) | $ (58) | $ (58) | $ (58) | $ (1,379) |
| Agco Parts Sales - Counter | 35020 | $ 416 | $ 416 | $ 416 | $ 416 | $ 223 | $ 223 | $ 223 | $ 223 | $ 245 | $ 245 | $ 245 | $ 245 | $ 3,536 |
| Agco Parts Sales - Service | 35021 | $ - | $ - | $ - | $ - | $ 114 | $ 114 | $ 114 | $ 114 | $ 265 | $ 265 | $ 265 | $ 265 | $ 1,513 |
| Agco Parts Sales - Internal | 35022 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Agco Parts Sales - Warranty | 35023 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Kubota Parts Sales - Counter | 35030 | $ 11,796 | $ 11,796 | $ 11,796 | $ 11,796 | $ 12,018 | $ 12,018 | $ 12,018 | $ 12,018 | $ 11,265 | $ 11,265 | $ 11,265 | $ 11,265 | $ 140,317 |
| Kubota Parts Sales - Service | 35031 | $ 6,882 | $ 6,882 | $ 6,882 | $ 6,882 | $ 5,266 | $ 5,266 | $ 5,266 | $ 5,266 | $ 7,788 | $ 7,788 | $ 7,788 | $ 7,788 | $ 79,744 |
| Kubota Parts Sales - Internal | 35032 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Kubota Parts Sales - Warranty | 35033 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Ag Parts Sales - Counter | 35090 | $ 13,724 | $ 13,724 | $ 13,724 | $ 13,724 | $ 11,758 | $ 11,758 | $ 11,758 | $ 11,758 | $ 9,808 | $ 9,808 | $ 9,808 | $ 9,808 | $ 141,158 |
| Other Ag Parts Sales - Service | 35091 | $ 4,582 | $ 4,582 | $ 4,582 | $ 4,582 | $ 2,057 | $ 2,057 | $ 2,057 | $ 2,057 | $ 2,763 | $ 2,763 | $ 2,763 | $ 2,763 | $ 37,606 |
| Other Ag Parts Sales - Internal | 35092 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Ag Parts Sales - Warranty | 35093 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| JCB Parts Sales - Counter | 35210 | $ 7,845 | $ 7,845 | $ 7,845 | $ 7,845 | $ 6,302 | $ 6,302 | $ 6,302 | $ 6,302 | $ 6,011 | $ 6,011 | $ 6,011 | $ 6,011 | $ 80,630 |
| JCB Parts Sales - Service | 35211 | $ 4,486 | $ 4,486 | $ 4,486 | $ 4,486 | $ 1,611 | $ 1,611 | $ 1,611 | $ 1,611 | $ 2,268 | $ 2,268 | $ 2,268 | $ 2,268 | $ 33,458 |
| JCB Parts Sales - Internal | 35212 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| JCB Parts Sales - Warranty | 35213 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| | | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other CE Parts Sales - Counter | 35290 | $ 398 | $ 398 | $ 398 | $ 398 | $ 364 | $ 364 | $ 364 | $ 364 | $ 176 | $ 176 | $ 176 | $ 176 | $ 3,751 |
| Other CE Parts Sales - Service | 35291 | $ 147 | $ 147 | $ 147 | $ 147 | $ 27 | $ 27 | $ 27 | $ 27 | $ 215 | $ 215 | $ 215 | $ 215 | $ 1,556 |
| DO NOT USE: Other CE Parts - Discounts | 35294 | $ (0) | $ (0) | $ (0) | $ (0) | $ (0) | $ (0) | $ (0) | $ (0) | $ - | $ - | $ - | $ - | $ (1) |
| Irrigation Parts Sales | 35400 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Irrigation Parts Sales - Counter | 35410 | $ 27,500 | $ 27,500 | $ 27,500 | $ 27,500 | $ 23,192 | $ 23,192 | $ 23,192 | $ 23,192 | $ 13,876 | $ 13,876 | $ 13,876 | $ 13,876 | $ 258,274 |
| Irrigation Parts Sales - Service | 35411 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 1,948 | $ 1,948 | $ 1,948 | $ 1,948 | $ 2,236 | $ 2,236 | $ 2,236 | $ 2,236 | $ 28,737 |
| Irrigation Parts Sales - Internal | 35412 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Irrigation Parts Sales - Warranty | 35413 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Precision/Tech Parts Sales - Counter | 35610 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,379 | $ 1,379 | $ 1,379 | $ 1,379 | $ 5,515 |
| Precision/Tech Parts Sales - Service | 35611 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| C&CE Parts Sales - Counter | 35810 | $ 8,750 | $ 8,750 | $ 8,750 | $ 8,750 | $ 4,815 | $ 4,815 | $ 4,815 | $ 4,815 | $ 4,112 | $ 4,112 | $ 4,112 | $ 4,112 | $ 70,708 |
| C&CE Parts Sales - Service | 35811 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 871 | $ 871 | $ 871 | $ 871 | $ 2,233 | $ 2,233 | $ 2,233 | $ 2,233 | $ 22,414 |
| C&CE Parts Sales - Internal | 35812 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Lime Sales | 35901 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 353 | $ 353 | $ 353 | $ 353 | $ 1,084 | $ 1,084 | $ 1,084 | $ 1,084 | $ 9,749 |
| Other Material Sales | 35909 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0 | $ 0 | $ 0 | $ 0 | $ 2 |
| RFS Rental Revenue | 36200 | $ 1,363 | $ 1,363 | $ 1,363 | $ 1,363 | $ 1,312 | $ 1,312 | $ 1,312 | $ 1,312 | $ 1,317 | $ 1,317 | $ 1,317 | $ 1,317 | $ 15,990 |
| PDI Insurance Income | 36300 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2 | $ 2 | $ 2 | $ 2 | $ - |
| Parts Shipping/Handling Sales | 37500 | $ 2,410 | $ 2,410 | $ 2,410 | $ 2,410 | $ 1,599 | $ 1,599 | $ 1,599 | $ 1,599 | $ 1,842 | $ 1,842 | $ 1,842 | $ 1,842 | $ 23,406 |
| Shop Supplies Sales | 37700 | $ 300 | $ 300 | $ 300 | $ 300 | $ 342 | $ 342 | $ 342 | $ 342 | $ 203 | $ 203 | $ 203 | $ 203 | $ 3,381 |
| Customer Labor Sales | 38100 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 31,250 | $ 31,250 | $ 31,250 | $ 31,250 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 325,000 |
| Internal Labor Sales-Revenue | 38200 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 16,250 | $ 16,250 | $ 16,250 | $ 16,250 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 165,000 |
| Warranty Labor Sales | 38300 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Machine Earnings | 38400 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Internal Labor Sales-NonRev | 38500 | $ 13,750 | $ 13,750 | $ 13,750 | $ 13,750 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 125,000 |
| Hauling Income | 38600 | $ 5,494 | $ 5,494 | $ 5,494 | $ 5,494 | $ 6,121 | $ 6,121 | $ 6,121 | $ 6,121 | $ 4,910 | $ 4,910 | $ 4,910 | $ 4,910 | $ 66,000 |
| Application Income | 38700 | $ - | $ - | $ - | $ - | $ 481 | $ 481 | $ 481 | $ 481 | $ 399 | $ 399 | $ 399 | $ 399 | $ 3,540 |
| Custom Farming Income | 38800 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 5,001 |
| Delivery Vehicle Income | 39000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Service Vehicle Income | 39200 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Outside Labor & Materials | 39400 | $ 1,212 | $ 1,212 | $ 1,212 | $ 1,212 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 403 | $ 403 | $ 403 | $ 403 | $ 10,460 |
| Service Labor Discounts Allowed | 39700 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Service Labor Allowance | 39900 | $ (1,821) | $ (1,821) | $ (1,821) | $ (1,821) | $ - | $ - | $ - | $ - | $ (954) | $ (954) | $ (954) | $ (954) | $ (11,101) |
| Total Revenue: | | $230,422 | $230,422 | $230,422 | $230,422 | $202,285 | $202,285 | $202,285 | $202,285 | $215,023 | $215,023 | $215,023 | $215,023 | $2,590,916 |
| **Cost of Sales** | | | | | | | | | | | | | | |
| Case IH Equipment COGS | 42010 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Kubota Ag Equipment COGS | 42020 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Oxbo Equipment COGS | 42070 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Ag Equipment COGS | 42090 | $ 26,185 | $ 26,185 | $ 26,185 | $ 26,185 | $ 16,210 | $ 16,210 | $ 16,210 | $ 16,210 | $ 19,302 | $ 19,302 | $ 19,302 | $ 19,302 | $ 246,786 |
| JCB Equipment COGS | 42210 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Kubota Constr Equipment COGS | 42220 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Constr Equipment COGS | 42290 | $ 2,885 | $ 2,885 | $ 2,885 | $ 2,885 | $ 2,885 | $ 2,885 | $ 2,885 | $ 2,885 | $ 3,114 | $ 3,114 | $ 3,114 | $ 3,114 | $ 35,536 |

| | | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Irrigation Equipment COGS | 42400 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Bauer Equipment COGS | 42410 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Valley Equipment COGS | 42420 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Irr Equipment COGS | 42490 | $ - | $ - | $ - | $ - | $ 6,329 | $ 6,329 | $ 6,329 | $ 6,329 | $ 12,921 | $ 12,921 | $ 12,921 | $ 12,921 | $ 77,002 |
| Precision Equipment COGS | 42600 | $ 151 | $ 151 | $ 151 | $ 151 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 603 |
| C&CE Equipment COGS | 42800 | $ 15,982 | $ 15,982 | $ 15,982 | $ 15,982 | $ 12,734 | $ 12,734 | $ 12,734 | $ 12,734 | $ 19,682 | $ 19,682 | $ 19,682 | $ 19,682 | $ 193,589 |
| Other Misc Equipment COGS | 42900 | $ 1,415 | $ 1,415 | $ 1,415 | $ 1,415 | $ 623 | $ 623 | $ 623 | $ 623 | $ 80 | $ 80 | $ 80 | $ 80 | $ 8,474 |
| Used Equipment COGS | 43000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Used Ag Equipment COGS | 43010 | $ 8,571 | $ 8,571 | $ 8,571 | $ 8,571 | $ 7,975 | $ 7,975 | $ 7,975 | $ 7,975 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 100,184 |
| Used Constr Equipment COGS | 43020 | $ 6,240 | $ 6,240 | $ 6,240 | $ 6,240 | $ 5,765 | $ 5,765 | $ 5,765 | $ 5,765 | $ 7,000 | $ 7,000 | $ 7,000 | $ 7,000 | $ 76,022 |
| Used Irr Equipment COGS | 43030 | $ 360 | $ 360 | $ 360 | $ 360 | $ 330 | $ 330 | $ 330 | $ 330 | $ 1,373 | $ 1,373 | $ 1,373 | $ 1,373 | $ 8,252 |
| Used Precision Equipment COGS | 43040 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Used C&CE Equipment COGS | 43050 | $ 552 | $ 552 | $ 552 | $ 552 | $ 571 | $ 571 | $ 571 | $ 571 | $ 500 | $ 500 | $ 500 | $ 500 | $ 6,491 |
| Fees and Surcharges | 43700 | $ 254 | $ 254 | $ 254 | $ 254 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,015 |
| RFS Equipment COGS | 44000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Ag Parts Sales | 45000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Case IH Parts COGS - Counter | 45010 | $ 4,714 | $ 4,714 | $ 4,714 | $ 4,714 | $ 4,410 | $ 4,410 | $ 4,410 | $ 4,410 | $ 5,431 | $ 5,431 | $ 5,431 | $ 5,431 | $ 58,221 |
| Case IH Parts COGS - Service | 45011 | $ 2,357 | $ 2,357 | $ 2,357 | $ 2,357 | $ 1,432 | $ 1,432 | $ 1,432 | $ 1,432 | $ 1,580 | $ 1,580 | $ 1,580 | $ 1,580 | $ 21,474 |
| Case IH Parts COGS - Internal | 45012 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Case IH Parts COGS - Warranty | 45013 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Agco Parts COGS - Counter | 45020 | $ 269 | $ 269 | $ 269 | $ 269 | $ 148 | $ 148 | $ 148 | $ 148 | $ 154 | $ 154 | $ 154 | $ 154 | $ 2,285 |
| Agco Parts COGS - Service | 45021 | $ - | $ - | $ - | $ - | $ 71 | $ 71 | $ 71 | $ 71 | $ 168 | $ 168 | $ 168 | $ 168 | $ 955 |
| Agco Parts COGS - Internal | 45022 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Agco Parts COGS - Warranty | 45023 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Kubota Parts COGS - Counter | 45030 | $ 8,498 | $ 8,498 | $ 8,498 | $ 8,498 | $ 8,812 | $ 8,812 | $ 8,812 | $ 8,812 | $ 8,096 | $ 8,096 | $ 8,096 | $ 8,096 | $ 101,613 |
| Kubota Parts COGS - Service | 45031 | $ 5,019 | $ 5,019 | $ 5,019 | $ 5,019 | $ 3,890 | $ 3,890 | $ 3,890 | $ 3,890 | $ 5,730 | $ 5,730 | $ 5,730 | $ 5,730 | $ 58,555 |
| Kubota Parts COGS - Internal | 45032 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Kubota Parts COGS - Warranty | 45033 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Ag Parts COGS - Counter | 45090 | $ 9,978 | $ 9,978 | $ 9,978 | $ 9,978 | $ 7,684 | $ 7,684 | $ 7,684 | $ 7,684 | $ 6,847 | $ 6,847 | $ 6,847 | $ 6,847 | $ 98,037 |
| Other Ag Parts COGS - Service | 45091 | $ 3,008 | $ 3,008 | $ 3,008 | $ 3,008 | $ 1,286 | $ 1,286 | $ 1,286 | $ 1,286 | $ 2,230 | $ 2,230 | $ 2,230 | $ 2,230 | $ 26,099 |
| Other Ag Parts COGS - Internal | 45092 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Ag Parts COGS - Warranty | 45093 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| JCB Parts COGS - Counter | 45210 | $ 5,132 | $ 5,132 | $ 5,132 | $ 5,132 | $ 4,270 | $ 4,270 | $ 4,270 | $ 4,270 | $ 4,003 | $ 4,003 | $ 4,003 | $ 4,003 | $ 53,617 |
| JCB Parts COGS - Service | 45211 | $ 3,042 | $ 3,042 | $ 3,042 | $ 3,042 | $ 1,009 | $ 1,009 | $ 1,009 | $ 1,009 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 22,602 |
| JCB Parts COGS - Internal | 45212 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Constr Parts COGS - Counter | 45290 | $ 217 | $ 217 | $ 217 | $ 217 | $ 212 | $ 212 | $ 212 | $ 212 | $ 211 | $ 211 | $ 211 | $ 211 | $ 2,558 |
| Other Constr Parts COGS - Service | 45291 | $ 95 | $ 95 | $ 95 | $ 95 | $ 12 | $ 12 | $ 12 | $ 12 | $ 136 | $ 136 | $ 136 | $ 136 | $ 971 |
| Irrigation Parts COGS | 45400 | $ 6 | $ 6 | $ 6 | $ 6 | $ - | $ - | $ - | $ - | $ 5 | $ 5 | $ 5 | $ 5 | $ 42 |
| Irrigation Parts COGS - Counter | 45410 | $ 14,066 | $ 14,066 | $ 14,066 | $ 14,066 | $ 16,147 | $ 16,147 | $ 16,147 | $ 16,147 | $ 9,637 | $ 9,637 | $ 9,637 | $ 9,637 | $ 159,404 |
| Irrigation Parts COGS - Service | 45411 | $ 1,356 | $ 1,356 | $ 1,356 | $ 1,356 | $ 1,227 | $ 1,227 | $ 1,227 | $ 1,227 | $ 1,728 | $ 1,728 | $ 1,728 | $ 1,728 | $ 17,244 |
| Irrigation Parts COGS - Internal | 45412 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Irrigation Parts COGS - Warranty | 45413 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Precision/Tech Parts COGS - Counter | 45610 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,186 | $ 1,186 | $ 1,186 | $ 1,186 | $ 4,745 |

DetIncomeStmtTrendedSum.xlsx

| | | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Precision/Tech Parts COGS - Service | 45611 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Precision/Tech Parts COGS - Warranty | 45613 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| C&CE Parts COGS | 45800 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| C&CE Parts COGS - Counter | 45810 | $ 3,977 | $ 3,977 | $ 3,977 | $ 3,977 | $ 3,002 | $ 3,002 | $ 3,002 | $ 3,002 | $ 2,593 | $ 2,593 | $ 2,593 | $ 2,593 | $ 38,292 |
| C&CE Parts COGS - Service | 45811 | $ 1,408 | $ 1,408 | $ 1,408 | $ 1,408 | $ 522 | $ 522 | $ 522 | $ 522 | $ 1,458 | $ 1,458 | $ 1,458 | $ 1,458 | $ 13,554 |
| C&CE Parts COGS - Internal | 45812 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Lime Sales COGS | 45901 | $ 168 | $ 168 | $ 168 | $ 168 | $ 1,433 | $ 1,433 | $ 1,433 | $ 1,433 | $ 1,298 | $ 1,298 | $ 1,298 | $ 1,298 | $ 11,596 |
| Other Material COGS | 45909 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| RFS Rental Revenue COGS | 46200 | $ 1,001 | $ 1,001 | $ 1,001 | $ 1,001 | $ 870 | $ 870 | $ 870 | $ 870 | $ 1,036 | $ 1,036 | $ 1,036 | $ 1,036 | $ 11,631 |
| Inbound Freight - Parts | 47500 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,066 | $ 3,066 | $ 3,066 | $ 3,066 | $ 40,264 |
| Shop Supplies-Cost of Sales | 47700 | $ 285 | $ 285 | $ 285 | $ 285 | $ 291 | $ 291 | $ 291 | $ 291 | $ 141 | $ 141 | $ 141 | $ 141 | $ 2,868 |
| Parts Order Discount Earned | 47800 | $ (445) | $ (445) | $ (445) | $ (445) | $ (491) | $ (491) | $ (491) | $ (491) | $ (588) | $ (588) | $ (588) | $ (588) | $ (6,100) |
| Parts Valuation Adjustment | 47900 | $ (1,315) | $ (1,315) | $ (1,315) | $ (1,315) | $ (72) | $ (72) | $ (72) | $ (72) | $ (1,172) | $ (1,172) | $ (1,172) | $ (1,172) | $ (10,238) |
| Amortized Inventory Valuation Credit | 47950 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Pre-Pay Early-Pay Discount | 47990 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Servicepersons Salaries | 48100 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 204,000 |
| Driver Salaries | 48600 | $ 1,045 | $ 1,045 | $ 1,045 | $ 1,045 | $ 1,045 | $ 1,045 | $ 1,045 | $ 1,045 | $ 1,045 | $ 1,045 | $ 1,045 | $ 1,045 | $ 12,540 |
| Unapplied Time | 48700 | $ 475 | $ 475 | $ 475 | $ 475 | $ 327 | $ 327 | $ 327 | $ 327 | $ 380 | $ 380 | $ 380 | $ 380 | $ 4,728 |
| Custom Farming - Cost of Sales | 48800 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Outside Labor & Materials | 49400 | $ 884 | $ 884 | $ 884 | $ 884 | $ 786 | $ 786 | $ 786 | $ 786 | $ 750 | $ 750 | $ 750 | $ 750 | $ 9,680 |
| Salaries - Sales | 50100 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 126,000 |
| Salaries - Parts | 50300 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 102,000 |
| Salaries - Service Administration | 50400 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 24,000 |
| Salaries - Trucking Administration | 50700 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Direct Expenses | 59900 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Volume Discount Earned | 61500 | $ (706) | $ (706) | $ (706) | $ (706) | $ (34) | $ (34) | $ (34) | $ (34) | $ (133) | $ (133) | $ (133) | $ (133) | $ (3,465) |
| Service Department Handling Charges | 52100 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 22,500 |
| Advertising & Promotion | 52600 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 3,000 |
| Warranty | 52800 | $ 750 | $ 750 | $ 750 | $ 750 | $ 500 | $ 500 | $ 500 | $ 500 | $ 250 | $ 250 | $ 250 | $ 250 | $ 6,000 |
| Manufacturer Warranty | 52801 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 3,000 |
| In-House Warranty | 52802 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 500 | $ 125 | $ 125 | $ 125 | $ 125 | $ 1,875 |
| Rework Warranty | 52803 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| After Sales | 53000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Policy/Loyalty Adjustment | 53200 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Outside Commssions and Fees | 53210 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Expendable Tools and Supplies | 54200 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 1,800 |
| Cash Discount Earned | 60000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cash Over/Short | 70000 | $ 12 | $ 12 | $ 12 | $ 12 | $ (84) | $ (84) | $ (84) | $ (84) | $ 36 | $ 36 | $ 36 | $ 36 | $ (145) |
| 263A EXPENSE | 77900 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Cost of Sales:** | | $172,544 | $172,544 | $172,544 | $172,544 | $155,776 | $155,776 | $155,776 | $156,151 | $172,023 | $172,023 | $172,023 | $172,023 | $2,001,745 |
| **Gross Profit** | | $ 57,878 | $ 57,878 | $ 57,878 | $ 57,878 | $ 46,508 | $ 46,508 | $ 46,508 | $ 46,133 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 589,171 |

| | | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Expenses** | | | | | | | | | | | | | | |
| Salaries - Owner / Manager | 50000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| DO NOT USE: Salaries & Comm - Other | 50800 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Salaries - Office and Other | 50900 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 90,000 |
| Salaries - Bonuses | 51200 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| DO NOT USE - Training | 51400 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Employee Benefits | 51600 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Emp Benefits-PR Taxes | 51601 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 48,000 |
| Emp Benefits-Pension | 51602 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 6,000 |
| Emp Benefits-Health Insur | 51603 | $ 3,600 | $ 3,600 | $ 3,600 | $ 3,600 | $ 3,600 | $ 3,600 | $ 3,600 | $ 3,600 | $ 3,600 | $ 3,600 | $ 3,600 | $ 3,600 | $ 43,200 |
| Emp Benefits-Workers Comp | 51604 | $ 750 | $ - | $ - | $ - | $ 750 | $ - | $ - | $ - | $ 750 | $ - | $ - | $ - | $ 2,250 |
| Emp Benefits-Vacation | 51605 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Emp Benefits-Sick | 51606 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Emp Benefits-Uniforms | 51608 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 7,200 |
| Emp Benefits-Other | 51609 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Trade Shows / Demonstrations | 52000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel | 52200 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Training | 52300 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Entertainment | 52400 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Entertainment - Meals | 52401 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Entertainment - Other | 52409 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Vehicle Expense 54000 | 54000 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 6,250 | $ 6,250 | $ 6,250 | $ 6,250 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 75,000 |
| Vehicle Lease Expense 54060 | 54060 | $ 642 | $ 642 | $ 642 | $ 642 | $ 642 | $ 642 | $ 642 | $ 642 | $ 500 | $ 500 | $ 500 | $ 500 | $ 7,1 |
| Owned Equipment Expense | 54100 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Supplies | 54400 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Office Supplies and Postage | 54600 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 6,08 |
| Telephone and Data | 54800 | $ - | $ - | $ 4,000 | $ - | $ - | $ - | $ 4,000 | $ - | $ - | $ - | $ 4,000 | $ - | $ 12,00 |
| Computer and Processing Services | 55000 | $ - | $ - | $ - | $ 4,500 | $ - | $ - | $ - | $ 4,500 | $ - | $ - | $ - | $ 4,500 | $ 13,500 |
| Dues And Subscriptions | 55200 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 3,000 |
| Donations and Contributions | 55400 | $ - | $ - | $ - | $ - | $ 100 | $ 100 | $ 100 | $ 100 | $ 25 | $ 25 | $ 25 | $ 25 | $ 500 |
| Utilities | 55600 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 9,000 |
| Rent and Lease Expense | 55800 | $ 13,515 | $ 16,500 | $ - | $ - | $ 13,515 | $ 16,500 | $ - | $ - | $ 13,515 | $ 16,500 | $ - | $ - | $ 90,045 |
| Insurance - Liability | 56000 | $ 4,500 | $ - | $ - | $ - | $ 4,500 | $ - | $ - | $ - | $ 4,500 | $ - | $ - | $ - | $ 13,500 |
| Insurance - Other | 56100 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Taxes-Real Estate | 56200 | $ 5,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,000 |
| x | 56300 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Repairs and Maintenance Real Estate | 56400 | $ 625 | $ 625 | $ 625 | $ 625 | $ 625 | $ 625 | $ 625 | $ 625 | $ 750 | $ 750 | $ 750 | $ 750 | $ 8,000 |
| Depreciation Expense | 56800 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Amortization Expense | 57000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Bad Debt Expense | 57300 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Legal and Accounting | 58000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Payroll Expense | 58300 | $ 160 | $ 160 | $ 160 | $ 160 | $ 160 | $ 160 | $ 160 | $ 160 | $ 150 | $ 150 | $ 150 | $ 150 | $ 1,880 |

DetIncomeStmtTrendedSum.xlsx

|  |  | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank and Credit Card Charges | 58400 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 7,200 |
| Bad Debt Recovery | 61400 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Expenses:** |  | $ 50,992 | $ 43,727 | $ 31,227 | $ 31,727 | $ 44,842 | $ 42,577 | $ 30,077 | $ 30,577 | $ 43,490 | $ 41,225 | $ 28,725 | $ 29,225 | $ 448,413 |
| **Operating Income** |  | $ 6,886 | $ 14,151 | $ 26,651 | $ 26,151 | $ 1,666 | $ 3,931 | $ 16,431 | $ 15,556 | $ (490) | $ 1,775 | $ 14,275 | $ 13,775 | $ 140,759 |
| **Other Income/Expenses** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Loan Fees | 58500 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Gain/Loss on Disp of Property | 61200 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Rebates Earned | 61700 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Perf Bonuses Earned | 61900 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Conversion Adjustment | 64000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Finance and Insurance Income | 65000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent, Lease and Sublet Income | 65100 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest Income | 66900 | $ 1,140 | $ 1,140 | $ 1,140 | $ 1,140 | $ 1,005 | $ 1,005 | $ 1,005 | $ 1,005 | $ 1,279 | $ 1,279 | $ 1,279 | $ 1,279 | $ 13,696 |
| Farm Credit Dividends | 69900 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Gains/Losses | 79900 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest Expense | 85500 | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,325) | $ (2,325) | $ (2,325) | $ (2,325) | $ (29,299) |
| Interest - Inventory and Floorplan | 85501 | $ (1,250) | $ (1,250) | $ (1,250) | $ (1,250) | $ (1,250) | $ (1,250) | $ (1,250) | $ (1,250) | $ (1,250) | $ (1,250) | $ (1,250) | $ (1,250) | $ (15,068) |
| Interest - Other | 85509 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest - ST Loan 1 | 85591 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest - ST Loan 2 | 85592 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest - ST Loan 3 | 85593 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest - ST Loan 4 | 85594 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest - ST Loan 5 | 85595 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest - ST Loan 6 | 85596 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Prov for Fed Income Tax | 86000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Provision for NJ Income Taxes | 86200 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Provision for NYS Income Taxes | 86400 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Additions to Income | 89800 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Deductions to Income | 89900 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Other Income/Expenses:** |  | $ (2,610) | $ (2,610) | $ (2,610) | $ (2,610) | $ (2,745) | $ (2,745) | $ (2,745) | $ (2,745) | $ (2,296) | $ (2,296) | $ (2,296) | $ (2,296) | $ (30,603) |
| **Net Income / Loss** |  | $ 4,275 | $ 11,540 | $ 24,040 | $ 23,540 | $ (1,079) | $ 1,186 | $ 13,686 | $ 12,811 | $ (2,785) | $ (520) | $ 11,980 | $ 11,480 | $ 110,156 |

NOTE: Legal and accounting fees will be paid from excrow.