| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **ARTHUR J. ABRAMOWITZ (AA3724)**<br>**SHERMAN, SILVERSTEIN, KOHL, ROSE &**<br>**PODOLSKY, P.A.**<br>308 Harper Drive<br>Suite 200<br>Moorestown, New Jersey 08057<br>(856) 662-0700<br>Attorneys for the Debtor |

Order Filed on October 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re:<br><br>Farm-Rite. Inc.<br><br>Debtor. | Case No. 20-19379<br><br>Judge: Jerrold N. Poslusny Jr.<br><br>Chapter: 11 |
|---|---|

### ORDER ENFORCING AUTOMATIC STAY AS TO LIBERTY MUTUAL INSURANCE TO COMPEL REINSTATEMENT OF INSURANCE POLICIES AND TO SET HEARING FOR SANCTIONS, IF ANY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 21, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2529707.2

Upon consideration of the verified motion (the "Motion") of the above-captioned debtor and debtor-in-possession (the "Debtor"), for entry of an order enforcing the automatic stay as to Liberty Mutual Insurance ("Liberty Mutual") and compel the reinstatement of the Insurance Policies (as set forth in the Motion ) and to set a hearing for consideration of the imposition of sanctions, if any; notice of the Motion being sufficient under the circumstances; and sufficient cause appearing therefor, it is **ORDERED**:

1. That the Motion is **GRANTED**

2. That the Cancellation of Insurance Policy No. BMW58436338 and Insurance Policy No. BKS56645644 issued by Liberty Mutual to the Debtor as set forth in the motion (the "Insurance Policies") is hereby deemed void.  In the event Liberty Mutual intends to cancel Debtor's insurance, it shall file the appropriate pleadings to effectuate the same.

4. That Liberty Mutual shall immediately take all necessary steps to reinstate the Insurance Policies in full force and effect.

5. That a further hearing is scheduled to consider whether Liberty Mutual acted in violation of the automatic stay provisions of 11 U.S.C. §362 and the imposition of sanctions, if any, on Liberty Mutual as may be deemed appropriate. A hearing on these issues is returnable on November 24, 2020 at 2:00 PM.  Any responsive pleadings to the relief sought shall be filed by November 17, 2020 with a copy sent to Debtor's counsel and the Offices of the United States Trustee.

2529707.2